PER CURIAM.

(No. 73-CC-164

FISHER SCIENTIFIC COMPANY, Claimant, *vs.* STATE OF ILLINOIS, ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed April 26, 1973.*

FISHER SCIENTIFIC COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.